UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00478-IM |
| v. | FINAL ORDER OF FORFEITURE AS TO $2,450 U.S. CURRENCY |
| DAVID ACOSTA-ROSALES, | |
| Defendant. | Fed. R. Crim. P. 32.2(c)(2) |

On December 6, 2021, this Court entered a Preliminary Order of Forfeiture, ordering defendant David Acosta-Rosales to forfeit all his right, title, and interest in $2,450 U.S. CURRENCY.

Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

Notice of this criminal forfeiture was published on the official government internet site (www.forfeiture.gov) for 30 consecutive days. It stated the intent of the United States to dispose of the property in accordance with the law and notified all third parties of their right to petition the Court within sixty (60) days for a hearing to adjudicate the validity of their alleged legal interest in the property (ECF No. 255).

**Final Order of Forfeiture**                                                                                          Page 1

No timely petitions have been filed with this Court and the time for filing has expired.

The Court finds that defendant had an interest in the above-described property that is subject to forfeiture pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461.

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461, all right, title, and interest to: $2,450 U.S currency, is hereby forfeited and vested in the United States of America, free and clear of the claims of any person, including defendant David Acosta-Rosales. The United States Government is directed to dispose of the property in accordance with the law.

The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

IT IS SO ORDERED this  30th  day of November 2022.

*Karin J. Immergut*
HONORABLE KARIN J. IMMERGUT
United States District Judge

Presented by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

*/s/ Sarah Barr*
SARAH BARR, WSB #40758
Assistant United States Attorney

**Final Order of Forfeiture**                                                                 **Page 2**